UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDON J. RUBIO,

           Plaintiff,

    v.

MASON COUNTY, et al.,

           Defendants.

C25-5716 TSZ

ORDER

In a Report and Recommendation ("R&R") issued on January 14, 2026, docket no. 17, the Honorable S. Kate Vaughan, United States Magistrate Judge, explained that plaintiff pro se Brandon James Rubio had, in his Amended Complaint, docket no. 13, sufficiently alleged certain claims against certain named defendants, but that plaintiff's operative pleading is deficient with respect to other claims, which should be dismissed without prejudice.  By Minute Order entered February 18, 2026, docket no. 29, the Court treated plaintiff's motion, docket no. 24, as a request for additional time to file objections to the R&R, and granted an extension until March 20, 2026.  The deadline has expired, and no objection to the R&R has been filed.  Instead, plaintiff has submitted (i) a motion for leave to file an amended complaint, docket no. 34, which was denied without prejudice by Magistrate Judge Vaughan, see Order (docket no. 35), (ii) a motion for the

ORDER - 1

appointment of counsel, docket no. 36, which was also denied without prejudice by Magistrate Judge Vaughan, *see* Order (docket no. 38), and (iii) a motion for extension of time to identify defendants in connection with a use-of-excessive-force claim, docket no. 37.  The Court does not view this latter motion as seeking additional time to file objections to the R&R.

NOW, THEREFORE, having reviewed the R&R, to which plaintiff has stated no objection, the Court ORDERS as follows:

(1)      The R&R, docket no. 17, is ADOPTED;

(2)      Plaintiff's claims against the City of Shelton (Shelton Police Department), Krystal Dierich, Brandon Bitz, Tonya Reed, Mason General Hospital and its treating staff, and Health Delivery Services are DISMISSED without prejudice;

(3)      Plaintiff's remaining claims shall be construed in accordance with the R&R;

(4)      This matter is REFERRED back to Magistrate Judge Vaughan for further proceedings pursuant to 28 U.S.C. §§ 636(b)(1)(A)&(B) and Local Rule MJR 3 and 4.

(5)      The Clerk is directed to send a copy of this Order to all counsel of record, to plaintiff pro se, and to Magistrate Judge Vaughan.

IT IS SO ORDERED.

Dated this 2nd day of April, 2026.

Thomas S. Zilly
United States District Judge

ORDER - 2