UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON JAMES RUBIO,

              Plaintiff,

    v.

MASON COUNTY JAIL ET AL.,

              Defendants.

Case No. C25-5716-TSZ-SKV

ORDER DIRECTING MAILING OF
DOCUMENTS TO PLAINTIFF AND
EXTENDING DEADLINE TO FILE
AMENDED COMPLAINT

In view of Plaintiff's communications at Docket Nos. 46 and 47, the Clerk is directed to send Plaintiff copies of the following documents so that he may file an amended pleading:

- Dkt. 13 – Amended Complaint (presently operative pleading);

- Dkt. 17 - Report and Recommendation;

- Dkt. 34 - Motion for Leave to File Amended Complaint;

- Dkt. 39 - Order adopting the Report and Recommendation;

- Dkt. 42 – Order setting deadline to file any amended complaint.

Plaintiff is advised that fees per page will apply to further copy requests.  The Court

///

///

ORDER DIRECTING MAILING OF
DOCUMENTS TO PLAINTIFF AND EXTENDING
DEADLINE TO FILE AMENDED COMPLAINT -
1

EXTENDS the deadline for Plaintiff to file any amended pleading **until May 14, 2026**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Thomas S. Zilly.

Dated this 30th day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DIRECTING MAILING OF
DOCUMENTS TO PLAINTIFF AND EXTENDING
DEADLINE TO FILE AMENDED COMPLAINT -
2