UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON JAMES RUBIO,

          Plaintiff,

   v.

MASON COUNTY JAIL ET AL.,

          Defendants.

Case No. C25-5716-TSZ-SKV

ORDER GRANTING EXTENSION OF TIME

Plaintiff's motion for extension of time to respond to Defendants' Second Motion to Dismiss is GRANTED. *See* Dkt. 72. Plaintiff's response is due by **July 29, 2026**.

Plaintiff also requests copies of certain filings. The Court previously advised Plaintiff that further requests for copies would incur a fee. *See* Dkt. 51. The Clerk is DIRECTED to advise Plaintiff of the cost per document requested in his filing at Docket No. 72 so he may decide how he wishes to proceed.

Dated this 30th day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 1